PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Mulhearn, James Jr.**              Docket No. Criminal No. 03-655

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Gary E. Pettiford** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Mulhearn, James Jr.**, who was placed under pretrial release supervision by the **Honorable Joseph E. Irenas** sitting in the Court at Camden, New Jersey, on September 16, 2003, under the following conditions:

1. $100,000 unsecured appearance bond;
2. Report to Pretrial Services as directed;
3. Travel restricted to the District of New Jersey and Florida;
4. Drug and Alcohol testing and treatment as directed by Pretrial Services;
5. Surrender travel documents and expired passport

The defendant entered a guilty plea to Securities Fraud and sentencing is scheduled for March 14, 2008.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **A BAIL REVIEW HEARING**

ORDER OF COURT

Considered and ordered this 14th day of February, 2008 and ordered filed and made a part of the records in the above case.

_____
Honorable Joseph E. Irenas
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/13/08

_____
Gary E. Pettiford
U.S. Pretrial Services Officer