UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :    Hon. JoSEPH E. IRENAS

        v.      :    Crim. No. 03-655 (JEI)

JAMES MULHEARN, Jr.    :    <u>BAIL MODIFICATION ORDER</u>

This matter having come before the Court upon the application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Marc-Philip Ferzan, Assistant U.S. Attorney, appearing) in conjunction with the Pretrial Services Agency, and defendant James Mulhearn, Jr. (Michael Riley, Esq., appearing) not opposing such application, for an order modifying the conditions of release set by this Court on September 16, 2004, by adding as a condition home confinement with electronic monitoring (at the address: 8500 NW 18th Place, Coral Springs, Florida 33071) pending the defendant's reporting to the Bureau of Prisons to serve his sentence in connection with the instant case; and for the defendant to pay the costs of the electronic monitoring, and for the defendant to be permitted to leave home during the period of home confinement only for emergency medical care or with the advance consent of the Pretrial Services Agency, and for all other conditions of release to remain in full force and effect;

WHEREFORE, IT IS on this 14th day of April, 2008,

ORDERED that the application to modify the conditions of release set by this Court on September 16, 2004 is granted;

IT IS FURTHER ORDERED that the defendant shall be subject to home detention with electronic monitoring (at the address: 8500 NW 18th Place, Coral Springs, Florida 33071) pending his reporting to the Bureau of Prisons to serve his sentence in connection with the instant case;

IT IS FURTHER ORDERED that the defendant shall pay the costs of the electronic monitoring;

IT IS FURTHER ORDERED that the defendant shall be permitted to leave home during the period of home confinement only for emergency medical care or with the advance consent of the Pretrial Services Agency; and

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

HON. JOSEPH E. IRENAS
UNITED STATES DISTRICT JUDGE