UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN**
**OFFICE**

        April 11, 2008
**DATE OF PROCEEDINGS**

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:** FRANK GABLE
**OTHER(S):** Carolyn S. Johnson, US Probation

**TITLE OF CASE:**  Cr 03-655(JEI)

UNITED STATES OF AMERICA

V.

JAMES MULHEARN, JR.
        DEFENDANT PRESENT

**APPEARANCES:**
**Mark Ferzan, AUSA for USA**
**Michael E. Riley, Esq. for Defendant**

**NATURE OF PROCEEDING:**  SENTENCING
SENTENCE: 37 months imprisonment. 3 years supervised release.
SPECIAL CONDITIONS: 1) Alcohol testing/treatment. 2) Drug testing/treatment 3)Financial Disclosure 4) New Debt Restriction 5) DNA Collection
RESTITUTION: $281,000 interest waived.
FINE: Waived
SPECIAL ASSESSMENT: $100.00
Court recommends designation to a facility as close to the defendant's family in FL as possible. Court also recommends the lowest security classification as possible. Court recommends the defendant be afforded participation in the Bureau of Prisons residential drug treatment program.
Ordered defendant to voluntarily surrender to the facility upon designation of B.O.P. and notification from U.S. Probation.
Ordered defendant's bail is modified to include home confinement, with the only exception being for medical services.
Ordered the defendant is to self surrender to the facility upon designation of Bureau of Prisons and notification from U.S. Probation.
Defendant advised of right to appeal.

**Commenced: 2:30 p.m.**
**Adjourned: 3:55 p.m.**

        s/ Michael F. Rivera

        **Deputy Clerk**